JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY HOGAN and RICHARD HOGAN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-02108-SVW-JDE<br><br>[PROPOSED] JUDGMENT<br><br>Complaint Filed: January 24, 2025<br>Trial Date: TBD |

1

**FINAL JUDGMENT**

By order dated August 21, 2025, the Court granted Defendant State Farm General Insurance Company's motion for summary judgment as to plaintiffs' first amended complaint. *See* ECF No. 24. Consistent with that order, it is hereby ORDERED AND ADJUDGED that judgment is entered for State Farm General Insurance Company ("State Farm") and against Plaintiffs Beverly Hogan and Richard Hogan on plaintiffs' first amended complaint. State Farm is entitled to costs.

IT IS SO ORDERED.

Date: September 4, 2025

_____
HONORABLE STEPHEN V. WILSON